IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Juana Mateo | : Chapter 13 |
|  | : Bankruptcy No.17-00979 |
| Debtor(s) | : |
|  | : 11 U.S.C. § 362 |

MTGLQ Investors, LP
                              Movant
       vs.
Juana Mateo
                             Debtor(s)
         and
Charles J. DeHart, III Esquire
                             Trustee
                           RESPONDENTS

## **OBJECTIONS OFMTGLQ INVESTORS, LP TO CONFIRMATION OF DEBTOR'S(S') PROPOSED CHAPTER 13 PLAN**

MTGLQ Investors, LP, by and through its undersigned attorney, Sarah K. McCaffery, Esquire, hereby objects to the confirmation of Debtor's(s') proposed Chapter 13 Plan for the following reasons:

1. The pre-Petition arrears owed to MTGLQ Investors, LP are understated on Debtor's(s') proposed Chapter 13 Plan as $0.00. The pre-Petition arrears owed to MTGLQ Investors, LP are $17,426.12, which is set forth on its Proof of Claim that has been filed with this Court. Additionally, Debtor's plan seeks to reduce the principal balance of MTGLQ Investors, LP from $72,052.67 to $46,250.00. Accordingly, the Chapter 13 Plan does not properly address the pre-Petition claim of MTGLQ Investors, LP. *See* 11 U.S.C. Sec. 1325(a)(5).

2. Based on the information provided by Debtor(s) in Schedules I and J, Debtor(s) does/do not have sufficient monthly income to pay the correct amount of the pre-Petition arrears of MTGLQ Investors, LP over a forty seven (47) month period. Accordingly, Debtor's(s') proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

3. Debtor(s) need(s) to have an additional $370.77 per month in order to pay the arrears of MTGLQ Investors, LP only, over a forty-seven (47) month period

remaining. There is absolutely no indication or evidence from Debtor's(s') Schedules that she/he/they has/have the ability to obtain such additional income. Accordingly, Debtor's(s') proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

4. Due to all of the defects in Debtor's(s') proposed Chapter 13 Plan, as aforesaid, such Plan could not have been proposed in good faith. *See* 11 U.S.C. Sec. 1325(a)(7).

WHEREFORE, MTGLQ Investors, LP prays that its objections be sustained and that confirmation of Debtor's(s') Chapter 13 Plan be denied.

/s/ Sarah K. McCaffery
Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
SMcCaffery@squirelaw.com (email)
Attorney for the Objecting Party

Dated: 4/17/2018